UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AMY THOMAS, JOHN THOMAS,
CAROLE MURPHEY, and
SMITH MURPHEY,

    Plaintiffs,

v.                                          Civil Action No. 3:13-cv-00109-MPM-JMV

FIREROCK PRODUCTS, LLC and
GENERAL SHALE BRICK, INC.,

    Defendants.

## AGREED ORDER WAIVING L.U.CIV.R. 83.1(d)(3) CONCERNING RESIDENT ATTORNEY ATTENDANCE AT DEPOSITIONS

The parties have advised the Court that they are in agreement that it will facilitate the scheduling and taking of depositions in this case to waive the requirements of L.U.Civ.R. 83.1(d)(3) requiring that a resident attorney must personally appear and participate in depositions taken in this case.

**IT IS THEREFORE ORDERED** that the portion of L.U.Civ.R. 83.1(d)(3) requiring that a resident attorney must personally appear and participate in depositions taken in this case is hereby waived. Otherwise, the duties of resident attorneys in this case to personally appear at all other proceedings as described in L.U.Civ.R. 83.1(d)(3) remain unchanged.

**SO ORDERED** this the 14th day of February, 2014.

                                                    /s/ Jane M. Virden
                                                    **JANE M. VIRDEN**
                                                    **UNITED STATES MAGISTRATE JUDGE**

**AGREED TO:**

/s/ J. Keith Pearson
J. Keith Pearson (MS # 9753)
**THE PEARSON LAW FIRM**
428 North Lamar Blvd., Suite 108
Oxford, Mississippi  38655
(662) 238-3339 Telephone
(662) 513-0073 Facsimile
Email:  keith@keithpearsonlaw.com
*Attorney for Plaintiffs*


/s/ Jeremy G. Alpert
Jeremy G. Alpert (TN #19277)
(admitted *pro hac vice)*
/s/ Ryan M. Skertich
Ryan M. Skertich (MS #103289)
**GLANKLER BROWN, PLLC**
6000 Poplar Avenue, Suite 400
Memphis, Tennessee  38119
(901) 525-1322 Telephone
(901) 525-2389 Facsimile
Email: jalpert@glankler.com
          rskertich@glankler.com
*Attorneys for Defendant General Shale Brick, Inc.*


/s/ Paul V. Cassisa, Jr.
Paul V. Cassisa, Jr. (MS #5921)
**BUTLER, SNOW, O'MARA,
  STEVENS & CANNADA, PLLC**
P. O. Box 1138
Oxford, Mississippi  38655
(662) 234-7236 Telephone
Email:  paul.cassisa@butlersnow.com
*Attorneys for Defendant FireRock Products, LLC*